UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH MENARD | CIVIL ACTION NO. 2:14-cv-2443-MVL-KWR |
| | SECTION "S" (4) |
| VERSUS | |
| | JUDGE MARY ANN VIAL LEMMON |
| QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., ET AL | MAGISTRATE KAREN WELLS ROBY |

### EX-PARTE MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT

**NOW INTO COURT**, through undersigned counsel, comes defendant, LabOne, Inc. d/b/a Quest Diagnostics, Inc. ("Defendant"), who respectfully requests leave of court to substitute Exhibit A - Barry Sample Affidavit, attached to its Opposition to Plaintiff's Motion to Compel Plaintiff, Keith Menard's Hair Sample for DNA Testing (Rec. Doc. 25), with the attached exhibit.  Defendant LabOne inadvertently failed to attach a copy of Barry Sample's CV to his affidavit.

Defendant LabOne contacted counsel for plaintiff to see if there was any objection and received no response.

**WHEREFORE**, Defendant LabOne, Inc. d/b/a Quest Diagnostics, Inc., prays that the Court grant it leave to substitute Exhibit A filed with its Opposition with the attached exhibit.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*_____
**KERRY J. MILLER (#24562), T.A.**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:     (504) 566-8646
Facsimile:     (504) 585-6946
Email:          kjmiller@bakerdonelson.com
***Local Counsel for Defendant, LabOne, Inc.***

**D. FAYE CALDWELL, PHV
CALDWELL EVERSON PLLC**
Texas Bar No. 03618550
2777 Allen Parkway, Suite 950
Houston, Texas 77019
Telephone: (713) 654-3000
Facsimile: (713) 654-3002
Email: fcaldwell@caldwelleverson.com
***Counsel for Defendant, LabOne, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of June, 2015, I electronically filed the foregoing pleading using CM/ECF, which will send a notice of the electronic filing to all registered counsel of record.

/s/ *Kerry J. Miller*_____
**KERRY J. MILLER**