UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEITH MENARD | § | CIVIL ACTION NO. 2:14-cv-2443 |
| | § | |
| VERSUS | § | |
| | § | SECTION "S" (4) |
| QUEST DIAGNOSTICS CLINICAL | § | |
| LABORATORIES, INC. d/b/a | § | |
| QUEST DIAGNOSTICS, INC., INDUSTRIAL | § | JUDGE M. LEMMON |
| MEDICAL TESTING, L.L.C. and | § | |
| EXAMINATION MANAGEMENT | § | |
| SERVICES, INC. | § | MAGISTRATE K. ROBY |

### AFFIDAVIT OF R. H. BARRY SAMPLE, Ph.D.

| | |
|---|---|
| STATE OF KANSAS | § |
| | § |
| COUNTY OF JOHNSON | § |

      I, R. H. Barry Sample, Ph.D., having come before the undersigned and having been duly identified and sworn, acknowledging that submission of false information in this affidavit may subject me to criminal prosecution of perjury, hereby deposes and say:

      1.      My name is R. H. Barry Sample. I am over the age of eighteen (18) years, of sound mind, and competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge. The facts stated in this affidavit are true and correct.

      2.      I am the Director of Science and Technology in the Employer Solutions business unit of Quest Diagnostics Incorporated, which is the parent company of Defendant LabOne, Inc., d/b/a Quest Diagnostics ("Quest Diagnostics"). Additionally, I am the Scientific Director of LabOne, Inc. d/b/a Quest Diagnostics's forensic drug testing laboratory located in Lenexa, Kansas. My qualifications and experience are set out in my curriculum vitae, which is attached to this affidavit. I received a Ph.D. from Indiana University in the field of Pharmacology and have been qualified in courts as an expert in toxicology and the testing of bodily fluids specimens for substances of abuse. I am an experienced researcher in pharmacology and toxicology, including the measurement of drugs and their metabolites in human hair and urine. I have worked in the field of forensic toxicology for over 30 years. I am familiar with the industry standards for forensic workplace testing for drugs of abuse and forensic hair and urine testing for drugs of abuse.

3. I have reviewed Quest Diagnostics's records pertaining to the testing of the hair specimen identified as having been submitted by Plaintiff Keith Menard and identified in Quest Diagnostics's records by specimen ID number 9522180, collected on January 29, 2014 (Donor ID: 4124). Upon receipt of the hair specimen, Quest Diagnostics assigned the hair specimen a unique accession number to track the internal chain of custody of the specimen during testing and reporting. Quest Diagnostics assigned accession number 419499H to the hair specimen for the purpose of its internal chain of custody ("Menard's hair specimen"). I have knowledge of the Quest Diagnostics's testing procedures utilized to test Menard's hair specimen.

4. Quest Diagnostics's records indicate that Quest Diagnostics received Menard's hair specimen for testing on January 31, 2014 at its Lenexa, Kansas forensic drug testing laboratory. Menard's hair specimen was collected by Examination Management Services, Inc. ("EMSI"). The external chain of custody form ("CCF") accompanying Menard's hair specimen was properly completed and Quest Diagnostics's records reflect that the hair specimen was received with the seal intact. The CCF indicates that Menard's hair specimen was collected from his head.

5. Quest Diagnostics's Lenexa, Kansas forensic drug testing laboratory is certified by the U.S. Department of Health and Human Services' National Laboratory Certification Program, and is also accredited by the College of American Pathologists in its Forensic Drug Testing accreditation program. Quest Diagnostics performed drug testing on Menard's hair specimen in accordance with industry standards, and the stringent forensic requirements of the accreditations applicable to this testing.

6. Quest Diagnostics's records indicate that Menard's hair specimen screened presumptively positive for the presence of marijuana metabolite. In accordance with industry standards, Quest Diagnostics then performed quantitative testing on Menard's hair specimen for marijuana metabolite by gas chromatography/mass spectrometry/mass spectrometry ("GC/MS/MS"). GC/MS/MS testing is a highly accurate, precise, and reliable testing methodology for drugs of abuse testing. Quantitative testing confirmed the presence of marijuana metabolite in Menard's hair specimen above the designated cut-off level. Quest Diagnostics therefore reported Menard's hair specimen positive for marijuana metabolite to the designated Medical Review Officer.

7. I have reviewed Quest Diagnostics's chain of custody documentation and testing data for its laboratory testing of Menard's hair specimen. Quest Diagnostics's records establish maintenance of internal chain of custody for Menard's hair specimen from receipt of the hair specimen by Quest Diagnostics through testing and reporting of the test result. Quest Diagnostics's laboratory testing and quality control data associated with Menard's hair specimen confirm that Quest Diagnostics's reported test result for its testing of Menard's hair specimen is scientifically accurate. Quest Diagnostics retains the remaining portion of Menard's hair specimen at its Lenexa, Kansas testing laboratory in indefinite storage.

8. Quest Diagnostics cannot comply with Menard's request to send his hair specimen to his attorney for visual inspection without destroying chain of custody. Menard's attorney and/or expert may visually inspect the remaining portion of Menard's hair specimen at Quest Diagnostics's Lenexa, Kansas testing laboratory where the remaining portion of Menard's hair specimen is currently maintained in indefinite storage at a mutually agreeable date and time.

9. If a donor challenges the accuracy of a reported forensic drug test result, it is standard in the forensic drug testing industry to perform re-testing on a portion of the same specimen at "level of detection" ("LOD"). LOD testing is performed without reference to the original cut-off level.

10. Any testing of a hair specimen for controlled substances is destructive testing that completely consumes the portion of the specimen tested. Similarly, identification testing of hair is also destructive testing that completely consumes the portion of the specimen that is tested. I have reviewed the remaining portion of Menard's hair specimen. Slightly more than 10 mg of hair remains of Menard's hair specimen. Forensic drug testing laboratories performing re-tests on hair specimens standardly require 10 mg of hair specimen to perform re-testing on a hair specimen. The remaining quantity of Menard's hair specimen is therefore sufficient for either a re-test for marijuana metabolite, or identity testing of the hair specimen, but not both.

11. Menard submitted a subsequent, separately-collected head hair specimen for testing by Omega Laboratories on February 7, 2014—nine days after he submitted the head hair specimen tested by Quest Diagnostics. The Omega Laboratories' test result was negative for controlled substances, including marijuana. Menard apparently alleges that the Omega Laboratories test result is evidence that Quest Diagnostics's test result is inaccurate. Omega Laboratories' test report states that "[a] negative result indicates that none of the drugs listed were detected at a concentration equal to or greater than their listed cutoff levels." Menard did not request that Omega Laboratories perform LOD testing for marijuana metabolite on this later, separately collected head hair specimen. For numerous reasons, Omega Laboratories' negative test result for its testing of Menard's February 7, 2014 head hair specimen is no evidence that Quest Diagnostics's positive test result for marijuana metabolite is inaccurate.

12. The distribution of drug or drug metabolites in head hair is not uniform. Numerous characteristics affect the concentration of drug and/or drug metabolite(s) retained in individual hair strands, including, drug, dose, duration and frequency of use, individual hair strand growth rate, dormancy, and chemical treatment. For example, marijuana metabolite is not as readily incorporated into growing hair shafts as some other drugs/metabolites. Variances in the location of the scalp from which a head hair specimen is collected and the distance from the scalp that a head hair specimen is cut may also affect testing results.

13. Additionally, at any given time, individual hair strands may be in a "growing" phase or a "resting" phase—meaning dormant. Head hair that is not growing does not absorb drug or drug metabolites into the hair shaft. Lastly, the length of a hair specimen affects the concentration of any drug or drug metabolites in a hair specimen. Hair grows at a rate of approximately one-half inch per month. Forensic hair testing industry practice is to use the first 1.5 inches of the hair specimen taken closest to the scalp to test for the most recent ninety (90) day time period. Industry practice for forensic workplace hair testing is to collect the hair from as close to the scalp as possible. Menard's hair specimen received and tested by Quest Diagnostics was 2.1 cm, slightly less than one inch, in length.

14. I have reviewed the Omega Laboratories' test report relied upon by Menard. Omega Laboratories' test report indicates that the hair specimen it received consisted of hair that was less than one-quarter of an inch in length and up to three-quarters of an inch in length. If collected closely from Menard's scalp and assuming a standard head hair growth rate, the hair specimen tested by Omega Laboratories represented a growth period of between less than 15 days and up to 45 days, and includes nine days of hair growth after the collection of the hair specimen tested by Quest Diagnostics. The growth period of Menard's head hair specimen tested by Quest Diagnostics was approximately 60 days. In addition to the factors discussed above, this makes it scientifically impossible to reliably correlate Quest Diagnostics's positive test result for marijuana metabolite with the negative test result reported for Menard's subsequently collected head hair specimen. Omega Laboratories' test result of the head hair specimen submitted by Menard on February 7, 2014 is no evidence that Quest Diagnostics's test result for Menard's hair specimen was inaccurate. Similarly, a urine specimen that is reported negative for controlled substances—even a urine specimen collected on the same date as a hair specimen that tests positive for a controlled substance—is no evidence that a positive hair drug test is inaccurate because of, among other reasons, the difference in how drugs and drug metabolites are excreted in urine and the different periods of detection in urine and hair specimens.

15. A head hair test result positive for marijuana metabolite means that the donor ingested or inhaled marijuana at some point in the past. However, a negative hair drug test result does not mean a donor did **not** ingest or inhale marijuana. A negative hair drug test result may mean either (1) that the donor had not previously inhaled or ingested marijuana, or (2) that the donor had previously ingested or inhaled marijuana but the concentration of marijuana metabolite in the head hair specimen was less than the designated cutoff.

16. The best evidence of the accuracy of Quest Diagnostics's reported test result for Menard's hair specimen (other than its laboratory testing data which confirms the forensic defensibility of both its quantitative test result and internal chain of custody through testing and reporting for the specimen) is the remaining portion of Menard's hair specimen itself. Destructive testing of the remaining portion of Menard's hair specimen for identification testing would therefore be prejudicial to Quest Diagnostics.

FURTHER AFFIANT SAITH NOT.

_____
R. H. BARRY SAMPLE, Ph.D.

SWORN TO AND SUBSCRIBED before me on the 14th day of May, 2015.

_____
Notary Public in and for
The State of Kansas

My Commission Expires: 3-28-16

JILL R. DARLING
Notary Public-State of Kansas
My Appt. Expires 3-28-16

R.H.B. Sample - CV
August 2014

# CURRICULUM VITAE

NAME: Sample, R.H. Barry

1. EDUCATION:

   Undergraduate:   B.A.  Indiana University
   Indiana University - Purdue University at Indianapolis
   Indianapolis, Indiana
   Chemistry
   August, 1973 - December, 1977

   Graduate:   Ph.D.  Indiana University
   Indianapolis, Indiana
   Pharmacology
   August, 1980 - July, 1985

2. LABORATORY EXPERIENCE:

   | Dates | Position |
   |---|---|
   | 5/77 – 12/79 | Technologist, Pediatric Chemistry, Department of Pathology, Indiana University. |
   | 12/79 – 8/81 | Asst. Supervisor, Pediatric Chemistry, Department of Pathology, Indiana University. |
   | 8/81 – 7/85 | Technologist (part-time), Pediatric Chemistry, Department of Pathology, Indiana University. |
   | 9/85 – 6/91 | Assistant Director, Sports Medicine Drug Identification Laboratory, Indiana University |
   | 1987 | Assistant Director of Anti-Doping Laboratory for 1987 Pan-American Games |
   | 6/91 – 4/00 | Director of Forensic Toxicology, Quest Diagnostics (Formerly SmithKline Beecham Clinical Laboratories), Atlanta, GA. |
   | 1996 | Director of Anti-Doping Laboratory for 1996 Summer Olympic Games. |
   | 4/00 – Present | Director of Science & Technology, Employer Solutions, Quest Diagnostics |
   | 6/10 – Present | Scientific Director (CAP-FDT), Lenexa, KS, Employer Solutions Forensic Toxicology Laboratory |

R.H.B. Sample - CV
August 2014

3. ACADEMIC EXPERIENCE

    7/85 – 6/87    Visiting Assistant Scientist, Department of Pathology, Indiana University

    7/87 – 6/91    Assistant Professor, Department of Pathology, Indiana University

4. PROFESSIONAL CONSULTANTSHIPS:

    1988 – 1991    Abbott Laboratories - Abused Drugs/Toxicology

    1988 – 1996    Research Triangle Institute - National Laboratory Certification Program (SAMHSA Laboratory Inspector)

5. LICENSURE and CERTIFICATIONS:

    Technologist in Chemistry, American Society of Clinical Pathologists.

    Diplomate, Forensic Drug Toxicology, American Board of Forensic Toxicology

    Clinical Laboratory Director, Toxicology, State of New York

    Laboratory Director, Forensic Toxicology, State of Nevada

6. AWARDS:

Nichols Institute, Patent Innovation Award 2005
Nichols Institute, Patent Innovation Award 2010
Employer Services Quality Award 2010

7. SERVICE:

    1987 – 1992    Forensic Urine Drug Testing LIP Committee and Editorial Board, American Association for Clinical Chemistry

    1988 – Present    Laboratory Inspector, College of American Pathologists Forensic Urine Drug Testing Laboratory Certification

    1989 – 1990    Member-at-Large, Therapeutic Drug Monitoring / Toxicology Division, American Association for Clinical Chemistry.

    12/1989    Working Group Participant, Consensus Conference on Technical, Scientific, & Procedural Issues of Employee Drug Testing, National Institute on Drug Abuse, Falls Church, VA.

    1991 – 1992    Treasurer, Therapeutic Drug Monitoring / Toxicology Division, American Association for Clinical Chemistry.

    1990 – 1992    CAP/NCAA/NFL/USOC Athletic Drug Testing Working Group.

R.H.B. Sample - CV
August 2014

| | |
|---|---|
| 1990 – 1991 | National Football League Advisory Committee on Anabolic Steroids |
| 1991 – 2005 | Consultant, College of American Pathologists, Toxicology Resource Committee |
| 1991 – 1992 | Association of Tennis Professionals (ATP) Tour Panel of Experts |
| 1993 – 2005 | Association of Tennis Professionals (ATP) Tour Anti-Doping Advisory Panel/Tennis Anti-Doping Review Board |
| 2006 – Present | Tennis (ITF/ATP/WTA) Anti-Doping Program Review Board |
| 12/1998 – 9/2002 | Department of Health and Human Services, Drug Testing Advisory Board |
| 1999 – Present | Regional Commissioner, Forensic Toxicology, College of American Pathologists |
| 2004 – 2011 | U.S. Anti-Doping Agency Review Board |
| 2004 – Present | Prohibited Substances Committee, National Basketball Association |
| 2011 – Present | Substance Abuse Program Administrators Association, Board of Directors |

8. PROFESSIONAL ACTIVITIES:

Attendance at Continuing Education Courses:

| | |
|---|---|
| 5/78 | ELISA Workshop, American Society of Clinical Pathologists, Chicago, IL. |
| 3/79 | Therapeutic Drug Monitoring Seminar, Dr. C.E. Pippenger, Louisville, KY. |
| 10/79 | Liquid Chromatography-Electrochemical Detection Seminar, Bio-Analytical Systems, Indianapolis, IN |
| 4/86 | 4th Cologne Workshop on Dope Analysis, Dr. Manfred Donike, Cologne, West Germany. |
| 4/86 | Mass Spectrometer System Manager Training Course Hewlett Packard, New Orleans, LA. |
| 10/86 | Mass Spectral Interpretation, Hewlett Packard, Paramus, NJ. |
| 10/87 | Forensic Urine Drug Testing Seminar, American Association for Clinical Chemistry, Chicago, IL. |

3

R.H.B. Sample - CV
August 2014

| | |
|---|---|
| 12/87 | Forensic Urine Drug Testing Inspector Training Seminar, College of American Pathologists, St. Louis, MO. |
| 3/88 | Laboratory Inspector Training for National Laboratory Certification Program, National Institute on Drug Abuse, San Diego, CA. |
| 10/88 | TDM & Toxicology for the 1990's, American Association for Clinical Chemistry, Chicago, IL. |
| 6/89 | 7th Cologne Workshop on Dope Analysis, Cologne, West Germany. |
| 10/89 | 2nd Permanent World Conference on Anti-Doping in Sport, Moscow, USSR. |
| 4/90 | 8th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 3/91 | 9th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 6/92 | 10th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 3/93 | 11th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 4/94 | 12th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 3/95 | 13th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 3/96 | 14th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 3/97 | 15th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 10/98 | Society of Forensic Toxicologists, Annual Meeting, Albuquerque, NM |
| 3/99 | 17th Cologne Workshop on Dope Analysis, Cologne, Germany. |
| 10/03 | Society of Forensic Toxicologists, Annual Meeting, Portland, OR |
| 8/04 | Society of Forensic Toxicologists, Annual Meeting, Washington, DC |
| 10/05 | Society of Forensic Toxicologists, Annual Meeting, Nashville, TN |
| 10/06 | Society of Forensic Toxicologists, Annual Meeting, Austin, TX |
| 8/07 | Society of Forensic Toxicologists, Annual Meeting, Seattle, WA |
| 10/08 | Society of Forensic Toxicologists, Annual Meeting, Phoenix, AZ |
| 10/09 | Applications of LC-MS in Human and Veterinary Toxicology, Society of Forensic Toxicologists, Annual Meeting, Oklahoma, City |

4

R.H.B. Sample - CV
August 2014

| | |
|---|---|
| 10/10 | Marijuana Pharmacology Workshop, Society of Forensic Toxicologists, Annual Meeting, Richmond, VA |
| 10/10 | Tips, Tricks and Methods from Current Practitioners of LCMS in Toxicology, Society of Forensic Toxicologists, Annual Meeting, Richmond, VA |
| 10/11 | Society of Forensic Toxicologists, Annual Meeting, San Francisco, CA |
| 11/11 | International Forum on Drug and Alcohol Testing, Houston, TX |
| 7/12 | Society of Forensic Toxicologists, Annual Meeting, Boston, MA |
| 11/12 | International Forum on Drug and Alcohol Testing, Rome, Italy |

Invited Addresses:

| | |
|---|---|
| 6/86 | Hewlett Packard 1986 GC/MS User's Group Meeting, American Society of Mass Spectroscopy national meeting, "Drug Screening and Doping Control in Sports". |
| 10/86 | Indiana Federation of Communities for Drug Free Youth, annual conference, "Urine Testing, Steroids". |
| 11/86 | Indiana Civil Liberties Union Student Chapter, panel discussion on urine drug testing in sports and the workplace. |
| 3/87 | Central Indiana Clinical Biochemistry Forum, "Analytical Considerations and Potential Pitfalls in a Doping Control Program". |
| 10/87 | Abbott Expo 1987, "Drug of Abuse Testing". |
| 1/88 | Northeast Ohio Section of American Association for Clinical Chemistry, "The Detection of Anabolic Steroids and Other Doping Agents in Amateur Athletics". |
| 7/88 | American Association for Clinical Chemistry, national meeting, Selected Topic: "Doping Control in Amateur Athletics - Analytical Challenges" |
| 9/88 | Indiana Civil Liberties Union, annual meeting, Panelist - "Employee Testing - Drugs, Alcohol, AIDS, and Polygraphs". |
| 11/88 | Chromfare '88, Richmond Chromatography Discussion Group, "The Detection of Anabolic Steroids and Other Doping Agents in Amateur Athletics". |
| 2/89 | California Association of Toxicologists, "Current Issues and Techniques in Anabolic Steroid Testing". |

5

R.H.B. Sample - CV
August 2014

| | |
|---|---|
| 4/89 | American Association for Clinical Chemistry, Chicago Section, "Steroid Testing in Sports". |
| 9/89 | Eastern Analytical Symposium, "Nandrolone Metabolites: Is it real or Is It a Birth Control Pill?" |
| 10/89 | 4th International Symposium on Doping Control in Sports, "An Evaluation of the Performance Characteristics of Two Procedures for the Identification of Nandrolone Metabolites in Urine". |
| 3/90 | Pittsburgh Conference, "Olympic Drug Testing: Advances in Analytical Considerations of Doping Control of Banned Substances and Anabolic Steroids". |
| 9/90 | Ohio Society of Pathologists, "Substance Abuse in Olympic and Other Athletes" |
| 10/90 | CliniChem-90, Symposium Chairman and Organizer, "Performance Enhancing Drugs in Athletics: Toxicology, Analysis, and Drug Detection Programs" |
| 3/91 | 9th Cologne Workshop on Dope Analysis, "An Evaluation of a Single Step Solid-Phase Extraction Procedure for the Analysis of Free and Conjugated Anabolic Steroids in Urine." |
| 9/91 | National Safety Alliance, Drug-Free Workplace Seminar. |
| 10/91 | Governor's (Georgia) Commission on Drug Awareness and Prevention, Drug-Free Workplace Conference. |
| 10/91 | College of American Pathologists, Annual Fall Meeting, "Substance Abuse Testing in Olympic and Other Athletes". |
| 9/92 | College of American Pathologists, Annual Fall Meeting, "Substance Abuse Testing in Olympic and Other Athletes". |
| 1/93 | National Collegiate Conference for Life Skills, "Selecting a Laboratory to do Your Drug Testing". |
| 3/93 | CLMA Spring Meeting, Greater Atlanta Chapter, "Labs Role in Olympic Testing". |
| 4/93 | American Association for Clinical Chemistry, New York Metro Chapter, "The Toxicology of Sports Testing". |

R.H.B. Sample - CV
August 2014

| | |
|---|---|
| 3/95 | 13th Cologne Workshop on Dope Analysis, "An Evaluation of the Performance Characteristics for the Identification of Methenolone Metabolites in Urine Using GC/MS". |
| 3/95 | 13th Cologne Workshop on Dope Analysis, "A Preliminary Report on the Urinary Excretion and Metabolism of Metamfepramone". |
| 11/95 | California Association of Toxicologists, "Drug Testing in Sports". |
| 3/96 | The Electrophoresis Society, "Olympic Drug Testing" |
| 5/96 | Midwest Association for Toxicology and Therapeutic Drug Monitoring, _Advances in Clinical and Forensic Toxicology III_, "The Analytical Toxicology of Sports Drug Testing". |
| 7/96 | Atlanta Gold Connection Study Tour, Penn State University, "Olympic Drug Testing" |
| 8/96 | Medical College of Georgia, Department of Family Medicine, "Drug Testing" |
| 5/97 | Substance Abuse Program Administrators Association, National Meeting, "Olympic Testing Overview". |
| 1/98 | Substance Abuse Program Administrators Association, Eastern Regional Conference, "Laboratory Perspective of Guidelines Revision". |
| 5/99 | California Association of Toxicologists, "Dilution/Adulteration, a Multi-Site Study" |
| 2/03 | Federal Aviation Administration, Civil Aerospace Medical Institute Workplace Urine Specimen Validity Testing Colloquium. |
| 3/05 | Drug and Alcohol Testing Industry Association (DATIA), National Meeting, "Testing for Drugs of Abuse Lab Based Testing vs. Instant Testing" |
| 5/05 | Oversight and Investigations Subcommittee of the Committee on Energy and Commerce U.S. House of Representatives on Products that Claim to Prevent Detection of Certain Substances by Drug Testing Programs |
| 9/05 | Drug and Alcohol Testing Industry Association (DATIA), "Adulterants -- What's Out There and What's New on the Horizon" |
| 4/06 | New Jersey DARE, "Steroids: History, Uses, & Effects" |

R.H.B. Sample - CV
August 2014

| | |
|---|---|
| 4/07 | Federal Transit Authority (FTA) Drug and Alcohol Program National Conference, "Current & Alternative Forms and Statistical Trends in Workplace Drug Testing" |
| 8/08 | Substance Abuse and Mental Health Services Administration (SAMHSA), Drug Testing Advisory Board (DTAB), Exploring the Science and Experience of Testing for Prescription Drugs in the Non-Regulated Workplace, "Statistical Trends in Workplace Drug Testing 2003-2007". |
| 4/09 | Federal Transit Authority (FTA) Drug and Alcohol Program National Conference, "What Happens at the Lab? Current & Alternative Forms of Drug Testing" |
| 3/10 | Federal Transit Authority (FTA) Drug and Alcohol Program National Conference, "What Happens at the Lab? Current & Alternative Forms of Drug Testing" |
| 4/10 | Professional Health Monitoring Programs, Proposed Best Practices, "Laboratory Testing Process: Drugs of Abuse Specimen Validity Interpretation" |
| 4/10 | Professional Health Monitoring Programs, Proposed Best Practices, "EtG/EtS Science & Interpretation" |
| 5/10 | Drug and Alcohol Testing Industry Association (DATIA), National Meeting, "Return-on-Investment for Workplace Drug Testing: An ROI Calculator" |
| 1/11 | Substance Abuse and Mental Health Services Administration, Drug Testing Advisory Board, "Positive Prevalence Rates in Drug Tests for Drugs of Abuse in Oral-Fluid and Urine". |
| 7/11 | Substance Abuse Program Administrators Association, National Meeting, "Positive Prevalence Rates in Drug Tests for Drugs of Abuse in Oral-Fluid and Urine". |
| 1/12 | Substance Abuse and Mental Health Services Administration, Drug Testing Advisory Board, "Trends in Urine and Oral Fluid Positive Rates for Opiates". |
| 4/12 | Drug and Alcohol Testing Industry Association (DATIA), National Meeting, "Testing for Expanded Panels Beyond the NIDA 5: A Laboratory Perspective" |
| 4/12 | Federal Transit Authority (FTA) Drug and Alcohol Program National Conference, "HHS-Certified Labs and the DOT (Federal) Testing Program. What's Happened Recently and How Requirements May Change…". |

8

R.H.B. Sample - CV
August 2014

| | |
|---|---|
| 8/12 | Regional Airline Association Summer Seminar, "The Federal Drug Testing Program. What's Happened Recently and How Requirements May Change…". |
| 9/12 | Substance Abuse and Mental Health Services Administration, Drug Testing Advisory Board (Closed Session), "Oral Fluid Testing Data". |
| 10/12 | Substance Abuse Program Administrators Association, National Meeting, "Positive Prevalence Rates in Drug Tests for Drugs of Abuse in Oral-Fluid and Urine". |
| 4/13 | Drug and Alcohol Testing Industry Association (DATIA), National Meeting, "25 Years of the Drug Testing Index™" |
| 4/13 | Federal Transit Authority (FTA) Drug and Alcohol Program National Conference, Panel Discussion, "Rx/OTC Medication Use and Its Impact on Transit System Safety". |

Continuing Education Presentations:

| | |
|---|---|
| 9/78 | American Society of Medical Technology, Region IV, annual meeting, one-half day workshop on "Theophylline Determinations". |
| 7/88 | American Association for Clinical Chemistry, national meeting, Roundtable discussion, "Detection of Anabolic Steroids and Other Doping Agents in Amateur Athletics" |
| 7/89 | American Association for Clinical Chemistry, national meeting, Roundtable discussion, "Detection of Anabolic Steroids and Other Doping Agents in Amateur Athletics" |
| 7/89 | American Association for Clinical Chemistry, national meeting, Workshop presentation, "Gas Chromatographic-Mass Spectrometric Analysis of Anabolic Steroids in Urine" |
| 7/90 | American Association for Clinical Chemistry, national meeting, Workshop presentation, "GC/MS Confirmation Procedure Development" |
| 10/90 | 2nd International Congress of Therapeutic Drug Monitoring and Toxicology, Workshop Leader, "GC/MS Confirmation Workshop" |
| 7/91 | American Association for Clinical Chemistry, national meeting, Workshop presentation, "Benzoylecgonine Determination by GC/MS" |
| 7/92 | Forensic Urine Drug Testing Inspector Training Seminar, College of American Pathologists, Chicago, IL. |

R.H.B. Sample - CV
August 2014

| | |
|---|---|
| 7/92 | Athletic Drug Testing Inspector Training Seminar, College of American Pathologists, Chicago, IL. |
| 5/93 | 3rd International Congress of Therapeutic Drug Monitoring and Toxicology, Workshop Leader, "GC/MS Analysis of Anabolic Steroids in Urine". |
| 6/93 | Professional Practice in Toxicology: A Review, American Association for Clinical Chemistry, Contributing Faculty, "Athletic Drug Testing". |
| 3/94 | Laboratory Aspects of Drug Testing in Biological Specimens, "Drug Testing in Sports". |
| 6/94 | Professional Practice in Toxicology: A Review, American Association for Clinical Chemistry, Contributing Faculty, "Athletic Drug Testing". |
| 10/95 | Society of Forensic Toxicologists, Annual Meeting, Workshop Presentation in <u>Advanced Forensic Toxicology: Analytical Topics</u>, "GC/MS Analysis of Anabolic Steroids in Urine". |
| 2/96 | American Academy of Forensic Sciences, National Meeting, Workshop Presentation, "GC/MS Analysis of Anabolic Steroids in Urine". |
| 4/07 | Midwest Association of Toxicologists and Therapeutic Drug Monitoring, "Workplace Urine Drug Testing Trends" |
| 5/07 | Healthcare Professional Testing: Workplace and Professional Monitoring Programs, Federation of State Physician Health Programs Annual Meeting |
| 6/11 & 12/11 | American Society of Addiction Medicine, Comprehensive MRO: Toxicology Testing and the Physician's Role in the Prevention and Treatment of Substance Abuse. Presentations: "Drug Testing with Alternative Matrices"; "Trying to Beat the Test by Dilution, Substitution, and Adulteration" |
| 10/11 | Society of Forensic Toxicologists, Annual Meeting, Workshop Presentation in <u>Oral-Fluid Workshop</u>, "Workplace Testing for Drugs of Abuse in Oral Fluid - Positive Prevalence Rates and Statistical Trends in Oral-Fluid and Urine Workplace Drug Tests" |
| 12/12 | American Society of Addiction Medicine, Comprehensive MRO: Toxicology Testing and the Physician's Role in the Prevention and Treatment of Substance Abuse. Presentations: "Drug Testing with Alternative Matrices"; "Trying to Beat the Test by Dilution, Substitution, and Adulteration"; "Alcohol Testing – The Science"; "Topics in Toxicology EtG/EtS Testing" |

Advisory Boards:

10

R.H.B. Sample - CV
August 2014

        1988 - 1991        CRC Year Book of Toxicology

        1993 - 1998        National Committee for Clinical Laboratory Standards, Committee on Toxicology and Drug Monitoring, Subcommittee on GC/MS

9.    PUBLICATIONS:

**(R)** - Refereed Journal

Papers/Articles:

Sample, R.H.B., Glick, M.R., Kleiman, M.B., Smith, J.W., and Oei, T.O.: High pressure liquid chromatographic assay of chloramphenicol in biological fluids. Antimicrob. Agents Chemother. **15**:491-493, 1979. **(R)**

Sample, R.H.B., Glick, M.R. and Oei, T.O.: The influence of a new improved theophylline assay procedure on laboratory analyses. J. Ind. St. Med. Assoc. **72**:349, 1979.

Eberts, T.J., Sample, R.H.B., Glick, M.R., and Ellis, G.H.: A simplified colorimetric micromethod for xylose in serum or urine, with phloroglucinol. Clin. Chem. **25**:1440, 1979. **(R)**

Ryder, K.W., Thompson, H., Smith, D., Sample, M., Sample, R.H.B., and Oei, T.O.: A radioassay for angiotensin converting enzyme. Clin. Biochem. **17**:302, 1984. **(R)**

DiMicco, J.A., Abshire, V.M., Hankins, K.D., Sample, R.H.B., and Wible, J.H.: Microinjection of GABA antagonists into posterior hypothalamus elevates heart rate in anesthetized rats. Neuropharm. **25**:1063-1066, 1986. **(R)**

Sample, R.H.B. and DiMicco, J.A.: Localization of sites in periventricular forebrain mediating cardiovascular effects of gamma-aminobutyric acid agonists and antagonists in anesthetized cats. J. Pharm. Exp. Ther. **240**:498-507, 1987. **(R)**

Sample, B.: An Exercise in Interpretation: Is that pattern methamphetamine? Forensic Urine Drug Testing, March, 1988, p.3 and p. 10.

Sample, B.: An Exercise in Interpreting Over-The-Counter Drugs. Forensic Urine Drug Testing, June, 1988, p. 10.

Sample, B.: An Exercise in Differentiating Over-The-Counter Drugs. Forensic Urine Drug Testing, December, 1988, p. 4-5.

Sample, B.: The Case of the Opiate That Would Not Confirm. Forensic Urine Drug Testing, March, 1990, p. 10.

Warner, A., Sample, B.: How do you Choose a Laboratory for Drug Testing. NCAA Sports Sciences **1**:2, 1990.

R.H.B. Sample - CV
August 2014

Luke, J.L., Farb, A., Virmani, R. and Sample, R.H.B.: Sudden Cardiac Death During Exercise in a Weight Lifter Using Anabolic Androgenic Steroids: Pathological and Toxicological Findings. J. Forensic Sci. **35:**1441-47, 1990. **(R)**

Richter, J.A., Hanford, P.V., and Sample, R.H.B.: Functional Tolerance to the Hypothermic Effect of Phenobarbital in Rats. Psychopharmacology **104:**22-26, 1991. **(R)**

Dean, R., Christian, C., Sample, R.B., Bosron, W.: Human Liver Cocaine Esterases: Ethanol Mediated Formation of Ethyl Cocaine. FASEB J **5:** 2735-2739, 1991. **(R)**

Kotylo, P.K., Kennedy, J.E., Waller, B.F., Sample, R.B.: DNA Analysis of Atrial Myxomas. Chest, **99:** 1203-1207, 1991. **(R)**

Kotylo, P.K., Sample, R.H.B., Redmond, N.L., and Hibner, G.C.: Reference Ranges for Lymphocyte Subsets: A comparison of Standard vs Rapid Whole Blood Lysis Techniques. Arch. Pathol. Lab. Med. **115:**181-184, 1991. **(R)**

Donike, M., Rauth, S., and Sample, B.: Excretion of Ephedrine and Endogenous Steroids under Conditions of Controlled Water Intake and of Water Diuresis. In, Proceedings, 10th Cologne Workshop on Dope Analysis 7th to 12th June 1992, Sport und Buch Strauß - Edition Sport, Cologne, 1993, p. 163-176.

Fuentes, R.J., Davis, A., Sample, B., and Jasper, K.: Sentinel effect of drug testing for anabolic steroid abuse. Journal of Law, Medicine & Ethics **22:** 224-230, 1994. **(R)**

Sample, R.H.B. and Atkinson, A.: Data-driven Insights: From Six Months of HHS/DOT Mandatory Guidelines & Panel Changes. DATIA Focus **4**(3): 36-37, 2011.

Sample, B.: Drugs Inc.: The Status of Drugs in the American Workplace, How Illicit Substances Affect Our Workers and Their Productivity. Case in Point, www.dorlandhealth.com, July 2012

Chapters:

Sample, R.H.B. and Baenziger, J.C.: <u>Gas Chromatography/Mass Spectrometric Detection of Anabolic Steroids</u>. In, Analytical Aspects of Toxicology, edited by Deutsch, John R. Wiley and Sons, Inc., New York, 1989, p. 247-272.

Davis, A. and Sample, B.: <u>Drug Testing Procedures for Athletes</u>. In, Athletic Drug Reference, edited by Fuentes, Rosenberg, and Davis, Clean Data, Inc., Durham, 1994, 1995, & 1996.

Abstracts:

Glick, M.R. and Sample, R.H.B.: An integrated approach to high pressure liquid chromatographic analysis of non-related drugs and metabolites. Clin. Chem. **24:**1058, 1978.

Eberts, T.J., Sample, R.H.B., Ellis, G.H., and Glick, M.R.: A direct micromethod for serum and urine xylose, using phloroglucinol. Am. J. Clin. Path., 1979.

12

R.H.B. Sample - CV
August 2014

Sample, R.H.B. and Moorehead, W.R.: Development of a computer program for the Gemsaec$^R$ PDP-8/E system for EMIT$^R$ chemistry procedures. Clin. Chem. **25**:1094, 1979.

Sample, R.H.B. and Oei, T.O.: An investigation of falsely elevated EMIT$^R$ theophylline results with the Gemsaec$^R$ centrifugal analyzer. Clin. Chem. **26**:980, 1980.

Thompson, H., Smith, D., Ryder, K.W., Sample, R.H.B., and Oei, T.O.: Angiotensin converting enzyme by radioassay compared to three different methods. Proceedings of the Academy of Clinical Laboratory Physicians and Scientists, Ann. Mtg., Rochester, N.Y., June, 1983.

Sample, R.H.B. and DiMicco, J.A.: Partial localization of the forebrain site(s) mediating the cardiovascular effects of bicuculline methiodide and muscimol. Fed. Proc. **23**:679, 1984.

Sample, R.H.B. and DiMicco, J.A.: Kainic acid localized to the third cerebral ventricle blocks the cardiovascular effects of intracerebroventricular administration of bicuculline methiodide in anesthetized cats. Pharmacologist **26**:433, 1984.

Sample, R.H.B. and DiMicco, J.A.: Localization of the forebrain site of action of bicuculline methiodide mediating inhibition of the vagus in spinal cord transected cats. Fed. Proc. **44**:1553, 1985.

Sample, R.H.B., Chulk, A., Kolanowski, C., and Baenziger, J.C.: Analysis of benzodiazepines using a solid-phase extraction system. Clin. Chem. **32**:1055, 1986. (**R**)

Dean, R., Christian, C., Sample, B., and Bosron, B.: The influence of ethanol on cocaine metabolism by human liver. 1991 Medical School Scientific Session, Indiana University School of Medicine, March 1991.

Fannin, S., Ofsa, W., Wells, B., and Sample, B.: Analysis of anabolic steroids in urine by GC-MS/MS with an external source ion-trap mass spectrometer, American Society of Mass Spectrometry, 1997.

Sample, R.H.B., Feldman, M., Sagona, P.: Evaluation of the CV-1000 for automated aliquotting of urine specimens for Forensic Urine Drug-Testing, Society of Forensic Toxicologists, National Meeting, October, 1998.

Sample, R.H.B., Abbott, L.B., Johnson, T.D.: An Analysis of Paired Hair-Urine Drug Test Results Over a 5½ Year Period, Society of Forensic Toxicologists, National Meeting, October, 2009. (**R**)

Sample, R.H.B., Abbott, L.B., Brunelli, B.A., Clouette, R.E., Johnson, T.D., Predescu, R.G., Rowland, B.J.: Positive Prevalence Rates in Drug Tests for Drugs of Abuse in Oral-Fluid and Urine, Society of Forensic Toxicologists, National Meeting, October, 2010. (**R**)

Letters:

Oei, T.O., Glick, M.R. and Sample, R.H.B.: Theophylline: Putting on the pressure. ASCP Summary Reports, **I**, 1978.

R.H.B. Sample - CV
August 2014

Sample, R.H.B., Farber, M.E., and Glick, M.R.: Urinary oxalate determinations, using autoanalyzer for calcium readout. Clin. Chem. **26:**1105, 1980.

Nordschow, C.D., Glick, M.R., Sample, R.H.B., and Oei, T.O.: Quality control material for chloramphenicol. Summary Report **18:**2, Feb., 1981.

Baenziger, J.C., Oei, T.O. Buechler, J., Sample, R.H.B., Erickson, N., Vollmer, P.: PKU screening: Brij$^R$ over troubled water. ASCP Summary Report **18:**1-2, Sept., 1981.

Finkle, B.S., Black, D., Blanke, R.V., Butler, T.J., Jones, G.R., and Sample, R.H.B.: Analysis for commonly abused drugs in urine at selected threshold ("cutoff") concentrations. Clin. Chem. **37:**586-587, 1991

Sample, B.: Is America's Meth Scourge Really Coming to an End? MedGenMed. **8**(4): 62, 2006

Sample, R.H.B. and Lundberg, D.: Dr. Barry Sample of Quest Diagnostics Discusses With Medscape Editor Dr. George Lundberg Trends of Illicit Drug Use by American Workers in 2007 As Shown by Workplace Drug Testing: Cocaine Use Is Down. MedGenMed. **9**(4): 24, 2007